JOHN SPARHAWK, JR., as Trustee in Bankruptcy of CHARLES M. STOEVER, Appellant, *v.* GILLIN PRINTING COMPANY, Respondent.

Reported below, 131 App. Div. 900.
(Submitted January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1909, affirming a judgment in

favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

The motion was made upon the ground that the appeal was frivolous, the record disclosing no questions of law requiring review.

*Wales F. Severance* for motion.

*Henry Siegrist, Jr.,* and *F. R. Minrath* opposed.

Motion denied, with ten dollars costs.